IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

**INDICTMENT**

CHARLES J. CARSON-DOWDY

3:25-cr-138/TKW

_____/

THE GRAND JURY CHARGES:

COUNT ONE

Between on or about December 1, 2024, and January 2, 2025, in the Northern District of Florida and elsewhere, the defendant,

**CHARLES J. CARSON-DOWDY,**

with the intent to kill, injure, harass, intimidate, and place under surveillance with the intent to kill, injure, harass, and intimidate another person, that is, Starmichael L. Tucker, did use an electronic communication service and electronic communication system of interstate commerce, and a facility of interstate and foreign commerce, to wit, a cellular telephone, interstate wires, and the Internet, to engage in a course of conduct that caused, and attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person, and in the course of engaging in such conduct caused the death of that person.

Returned in open court pursuant to Rule 6(f)

Date: Aug 19, 2025

United States Magistrate Judge

FILED USDC FLND PN
AUG 19 '25 PM 4:32

In violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(1).

## COUNT TWO

Between on or about December 31, 2024, and January 2, 2025, in the Northern District of Florida and elsewhere, the defendant,

**CHARLES J. CARSON-DOWDY,**

did travel in interstate commerce with the intent to kill, injure, harass, and intimidate an intimate partner and dating partner, and in the course of and as a result of such travel and presence, committed a crime of violence against that intimate partner and dating partner, to wit, the murder of Starmichael L. Tucker, a crime of violence as defined in Title 18, United States Code, Section 1111(a).

In violation of Title 18, United States Code, Sections 2261(a)(1) and 2261(b)(1).

## COUNT THREE

On or about January 2, 2025, in the Northern District of Florida and elsewhere, the defendant,

**CHARLES J. CARSON-DOWDY,**

did knowingly use and carry a firearm, that is, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interstate domestic violence, as charged in Count Two of this Indictment,

and in the course of this crime caused the death of a person through the use of a firearm, which killing is murder as defined in Title 18, United States Code, Section 1111(a), to wit, the murder of Starmichael L. Tucker.

In violation of Title 18, United States Code, Section 924(j)(1).

## COUNT FOUR

On or about January 2, 2025, in the Northern District of Florida, the defendant,

## CHARLES J. CARSON-DOWDY,

did knowingly discharge, use, and carry a firearm, that is, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interstate domestic violence, as charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT FIVE

On or about January 2, 2025, in the Northern District of Florida, the defendant,

## CHARLES J. CARSON-DOWDY,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1.  On or about August 20, 2024, **CHARLES J. CARSON-DOWDY** was convicted in the State of Texas of Criminal Mischief $2,500 – $30k.

2.  For this crime, **CHARLES J. CARSON-DOWDY** was subject to punishment by a term of imprisonment exceeding one year.

3.  Thereafter, **CHARLES J. CARSON-DOWDY** did knowingly possess a firearm, to wit, a Taurus 9 millimeter pistol and Blazer 9 millimeter ammunition.

4.  This firearm and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FIREARM FORFEITURE

The allegations contained in Counts Three, Four, and Five of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**CHARLES J. CARSON-DOWDY,**

in committing and attempting to commit a felony in violation of the laws of the United States, as charged in Counts Three, Four, and Five of this Indictment, perpetrated in whole or in part by the use of a firearm and ammunition, did knowingly possess the firearm and ammunition described above, any and all interest that this defendant has in the firearm and ammunition involved in this violation is vested in the United States and hereby forfeited to the United States

pursuant to Title 18, United States Code, Section 3665.

A TRUE BILL:

███████████████

FOREPERSON

8/19/25

DATE

*[signature]*

JOHN P. HEEKIN
United States Attorney

*[signature]*

DAVID L. GOLDBERG
Assistant United States Attorney

*[signature]*

KAITLIN WEISS
Assistant United States Attorney